United States District Court
for
Southern District of Ohio
Request for Modifying the Conditions

Name of Offender: **Dedra Madaris-Daniels**      Case Number: **1:21CR39-001**
Name of Sentencing Judicial Officer:    The Honorable Karen L. Litkovitz
     United States Magistrate Judge

Date of Original Sentence:    **September 28, 2021**
Original Offense:    **Theft of Public Money, in violation of 18 U.S.C. § 641, Misdemeanor.**

Original Sentence:    **3 years probation**
Type of Supervision: Probation    **Date Supervision Commenced: September 28, 2021**

PETITIONING THE COURT

To modify the conditions of supervision as follows: The monthly payment shall be reduced to $20.

CAUSE

Madaris-Daniels was ordered to pay a special assessment in the amount of $25 (balance $5) and restitution in the amount of $36,448.60 (balance $36,448.60).  She was ordered to begin paying $100 per month beginning January 2022.  She has paid $20 toward her case.

Madaris-Daniels is employed as a bus driver and earns approximately $2,000 per month.  She was recently evicted from her home and is staying with her ex-husband until she can secure her own place.  In addition, she now has custody of her granddaughter.  Her daughter, the granddaughter's mother, is pregnant and once the baby is born, Madaris-Daniels will have custody of the baby.  She reported she is not able to pay $100 per month but could pay $20 per month while she has temporary custody of the grandchildren.

**U.S. Probation Officer Action: It is respectfully recommended that the Court take no action at this time.  It is recommended that her monthly payment be reduced to $20 per month.  This officer will continue to monitor her payments and conduct financial investigations as necessary.  The Court will be notified if Madaris-Daniels does comply with making payments.**

Respectfully submitted,      Approved,
by *[signature]*      by *[signature]*

Jennifer Huber      Greg Freson, Supervising
U. S. Probation Officer      U. S. Probation Officer
Date: March 30, 2022      Date: March 30, 2022

PROB 12B
(12/98)
Re: MADARIS-DANIELS, Dedra
Case No.: 1:21CR39-001

2

THE COURT ORDERS:

☐ No Action

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ Other:

*Karen L. Lithowtz*
Signature of Judicial Officer

3/31/2022
Date